Appeal Nos. 16-1203 (L), 16-1224

# United States Court of Appeals for the Federal Circuit

**APPLE INC., ET AL.**

*Appellant*,

v.

**EVOLUTIONARY INTELLIGENCE LLC,**

*Appellee*.

16-1203, -1224

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Inter Partes Review No. IPR2014-00086

**APPLE INC.'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 17(f)**

Patrick E. King
Jeffrey E. Danley
SIMPSON THACHER & BARTLETT LLP
2475 Hanover St.
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Jeffrey P. Kushan
Ryan C. Morris
Thomas A. Broughan III
Anna M. Weinberg
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
Telephone:  (202) 736-8000
Facsimile:   (202) 736-8711

*Attorneys for Appellant*

December 21, 2015

In accordance with Federal Circuit Rule 17(f), counsel for Appellant Apple Inc. ("Apple") have reviewed the record of the Patent Trial and Appeal Board proceedings in this case to determine whether protected portions of the record need to remain protected on appeal, and have determined that nothing in the record was protected. Apple therefore certifies that it has complied with Federal Circuit Rule 17(f).

Dated: December 21, 2015                Respectfully submitted,

By: */s/Patrick E. King*
    Patrick E. King
    Jeffrey E. Danley
    SIMPSON THACHER & BARTLETT LLP
    2475 Hanover Street
    Palo Alto, California 94304
    Telephone: (650) 251-5000
    Facsimile: (650) 251-5002

    Jeffrey P. Kushan
    Ryan C. Morris
    Thomas A. Broughan III
    Anna M. Weinberg
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, DC 20005
    Telephone:    (202) 736-8000
    Facsimile:    (202) 736-8711

*Attorneys for Appellant Apple Inc.*

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 21, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Patrick E. King | /s/Patrick E. King |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| **Law Firm** | Simpson Thacher & Bartlett LLP |
| **Address** | 2475 Hanover Street |
| **City, State, Zip** | Palo Alto, California 94304 |
| **Telephone Number** | (650) 251-5115 |
| **Fax Number** | (650) 251-5002 |
| **E-Mail Address** | pking@stblaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields