NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., TWITTER, INC., YELP, INC.,**
*Appellants*

v.

**EVOLUTIONARY INTELLIGENCE LLC,**
*Appellee*

---

2016-1203, 2016-1224

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. IPR2014-00086, IPR2014-00812.

---

### **O R D E R**

Appellants Twitter, Inc. and Yelp, Inc. move without opposition to dismiss their appeal, docketed as 2016-1224 (PATO no. IPR2014-00812), pursuant to Fed. R. App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Appeal 2016-1224 is dismissed.

Each party shall bear its own costs in 2016-1224.

FOR THE COURT

December 28, 2015            /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk of Court

**ISSUED AS A MANDATE as to 2016-1224 only:**
December 28, 2015